FILED
CLERK, U.S. DISTRICT COURT
3/25/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>TERANEE MILLET,<br><br>           Defendant. | CR  2:22-cr-00115-SB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 844(i): Attempted Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce; 26 U.S.C. § 5861(c): Unlawful Possession of a Firearm] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(i)]

On or about September 20, 2021, in Los Angeles County, within the Central District of California, defendant TERANEE MILLET maliciously attempted to damage and destroy, by means of fire, a building used in interstate and foreign commerce, and used in activities affecting interstate and foreign commerce, namely, the Bank of America branch located at 25435 Crenshaw Blvd., in Torrance, California.

COUNT TWO

[26 U.S.C. § 5861(c)]

On or about September 20, 2021, in Los Angeles County, within the Central District of California, defendant TERANEE MILLET knowingly possessed a Molotov cocktail, which defendant MILLET knew to be a firearm and destructive device, as defined in Title 26, United States Code, Sections 5845(a) and (f), in that defendant MILLET knew it was an explosive or incendiary bomb, grenade, or similar device, and which had been made in violation of the provisions of Chapter 53, Title 26, United States Code.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARIA ELENA STITELER
Assistant United States Attorney
International Narcotics, Money
  Laundering, and Racketeering
  Section